D. ASHLEY DOLAN
dolanda@sec.gov
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, NE
Washington, DC 20549-5546
Telephone: (202) 551-4512
Facsimile:  (202) 772-9228

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> JEAN DANHONG CHEN, TONY JIANYUN YE, KAI HAO ROBINSON, KUANSHENG CHEN, LAW OFFICES OF JEAN D. CHEN, A PROFESSIONAL CORPORATION, TREE LINED HOLDINGS, LLC, and GOLDEN STATE REGIONAL CENTER, LLC, <br><br> Defendants. | Case No. 3:18-cv-06371 <br><br> **NOTICE OF APPEARANCE** |

D. Ashley Dolan, an attorney employed by the United States Securities and Exchange Commission, hereby enters her appearance as counsel for Plaintiff Securities and Exchange Commission.

Dated:  November 14, 2018

Respectfully submitted,

/s/ D. Ashley Dolan
D. Ashley Dolan

Attorney for Plaintiff
Securities and Exchange Commission

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on November 14, 2018, I caused the foregoing to be filed via the Court's ECF system and for additional copies to be served on the following parties via electronic mail:

Thomas F. Carlucci
Foley & Lardner LLP
555 California Street, Suite 1700
San Francisco, CA 94104
TCarlucci@foley.com
***Attorney for Defendants***
***JEAN DANHONG CHEN & LAW OFFICES OF JEAN D. CHEN***

Martha Boersch
Boersch Shapiro LLP
1611 Telegraph Ave, Suite 806
Oakland, CA 94612
MBoersch@boerschshapiro.com
***Attorney for Defendants***
***TONY JIANYUN YE & TREE LINED HOLDINGS, LLC***

Bruce B. Kelson
Schnader Harrison Segal & Lewis LLP
650 California Street, 19th Floor
San Francisco, CA 94108
bkelson@schnader.com
***Attorney for Defendants***
***KAI HAO ROBINSON & GOLDEN STATE REGIONAL CENTER, LLC***

Karl Kronenberger
Kronenberg Rosenfeld, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
karl@KRInternetLaw.com
***Attorney for Defendant***
***KUANSHENG CHEN***

/s/ D. Ashley Dolan
D. Ashley Dolan