JEFFREY L. BORNSTEIN – 099358
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:   (415) 433-6830
Facsimile:   (415) 433-7104
Email:       jbornstein@rbgg.com

Attorneys for Defendant KAI HAO
ROBINSON and GOLDEN STATE
REGIONAL CENTER LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>     v.<br><br>JEAN DANHONG CHEN, TONY JIANYUN YE, KAI HAO ROBINSON, KUANSHENG CHEN, LAW OFFICES OF JEAN D. CHEN, a Professional Corporation, TREE LINED HOLDINGS, LLC, and GOLDEN STATE REGIONAL CENTER, LLC,<br><br>          Defendants. | Case No. 3:18-cv-06371-LB<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANTS ROBINSON AND GOLDEN STATE REGIONAL CENTER'S NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO ENLARGE TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Judge:   Honorable Laurel Beeler |

[3894705.1]

Case No. 3:18-cv-06371-LB

**[~~PROPOSED~~] ORDER**

The Court, having reviewed the Motion and Administrative Motion, and finding that good cause exists, hereby ORDERS as follows:

Defendants Robinson and Golden State Regional Center's Notice of Motion and Administrative Motion to Enlarge Time to Respond to First Amended Complaint is GRANTED.

Defendants Robinson and Golden State Regional Center's deadline to respond to the First Amended Complaint is May 23, 2022.  In the event that Defendants Robinson and Golden State Regional Center decide to file a motion to dismiss, an opposition would be due on June 13, 2022, any reply briefs would be due by June 28, 2022, and a hearing on that Motion would be scheduled on July 14, 2022.

IT IS SO ORDERED.

DATED: _____April 15_____, 2022

_____
Honorable Laurel Beeler

[3894705.1]

1

Case No. 3:18-cv-06371-LB

[PROPOSED] ORDER GRANTING DEFS ROBINSON AND GOLDEN STATE REGIONAL CENTER'S NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO ENLARGE TIME TO RESPOND TO FIRST AMENDED COMPLAINT