JAMES SMITH
smithja@sec.gov
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, NE
Washington, DC 20549
Telephone: (202) 551-5881

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JEAN DANHONG CHEN, TONY JIANYUN YE, KAI HAO ROBINSON, KUANSHENG CHEN, LAW OFFICES OF JEAN D. CHEN, A PROFESSIONAL CORPORATION, TREE LINED HOLDINGS, LLC, and GOLDEN STATE REGIONAL CENTER, LLC,<br><br>Defendants,<br><br>TIANQI LIU AND LENG HAN, IN THEIR CAPACITY AS TRUSTEES OF THE CHENYE IRREVOCABLE GIFT TRUST,<br><br>Relief Defendants. | Case No. 3:18-cv-06371-LB<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF FILING DEFENDANTS' CONSENTS AND PROPOSED FINAL JUDGMENTS** |

PLEASE TAKE NOTICE that Plaintiff Securities and Exchange Commission ("SEC"), is filing contemporaneously with this Notice an executed Consent of Defendant Kai Hao Robinson ("Robinson") and an executed Consent of Defendant Golden State Regional Center, LLC ("Golden State"), and a Proposed Final Judgment as to both Defendants.  The SEC respectfully submits that entry of the Proposed Final Judgment, which would resolve this matter entirely as to Robinson and

SEC v. Jean D. Chen, et al.
Case No. 3:18-cv-06371

1

Notice of Filing Consent Judgments

Golden State, is fair, adequate, and in the public interest. Accordingly, the SEC respectfully requests that the Court enter the Proposed Final Judgment.

Dated: May 1, 2023

Respectfully submitted,

/s/ *James E. Smith*
James Smith
Ashley Dolan Barrachina
Sarah M. Hall
Attorney for Plaintiff
Securities and Exchange Commission

SEC v. Jean D. Chen, et al.
Case No. 3:18-cv-06371

2

Notice of Filing Consent Judgments